FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR -2  AM 11: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCE ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-097 |
| v. | * | SECTION: SECT. C MAG. 2 |
| LARRY EDWARDS | * | VIOLATION: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A) |

\*  \*  \*

The Grand Jury charges that:

## COUNT 1

On or about January 23, 2009, in the Eastern District of Louisiana, the defendant, **LARRY EDWARDS**, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of cocaine base ("crack"), a Schedule II drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

___ Fee _USA_
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this indictment is realleged and incorporated by reference as though se fourth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, the defendant, **LARRY EDWARDS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of the violation alleged in Count 1 of this indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant, **LARRY EDWARDS**;

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United State Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property; all pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*Marsha Williams*
FOREPERSON

JIM LETTEN
United States Attorney
Eastern District of Louisiana
Bar Roll No. 8517

JAN MASELLI MANN
Chief, Criminal Division
First Assistant United States Attorney
Bar Roll No. 9020

SPIRO G. LATSIS
Assistant United States Attorney
Bar Roll No. 24517

New Orleans, Louisiana
April 2, 2008

No._____

FORM OBD-34

UNITED STATES DISTRICT COURT

Eastern  District of  Louisiana
        Criminal  Division

THE UNITED STATES OF AMERICA

vs.

LARRY EDWARDS

# INDICTMENT

INDICTMENT FOR VIOLATIONS OF
FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATION(S):   21 U.S.C. § 841(a)(1)
                21 U.S.C. § 841(b)(1)(A)

A true bill.

_____Marsha Williams_____
                    Foreman

Filed in open court this _____ day, of
_____ A.D. 2009.

_____
                              Clerk

Bail, $ _____

Spiro G. Latsis
Assistant United States Attorney